## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

| | | |
|---|---|---|
| TAMMY LYNN WILSON, | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | No. 4:20-cv-00468-JJV |
| | * | |
| ANDREW SAUL, | * | |
| Commissioner of Social Security, | * | |
| | * | |
| | * | |
| Defendant. | * | |

## ORDER

Plaintiff has moved for attorney's fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. (Doc. No. 25.) The Commissioner has responded and does not object to the requested fees. (Doc. No. 26.) So, after careful consideration of the Motion and response, I find:

1. The hours spent by counsel were reasonable. Therefore, I approve attorney fees and costs in the amount of $7,045.20 (34.20 attorney hours at $206 per hour).

2. The EAJA fee award is payable to Plaintiff and shall be mailed to Plaintiff's counsel but is subject to any offset to satisfy any pre-existing debt owed to the United States. *Astrue v. Ratliff*, 560 U.S. 586 (2010).

3. Defendant shall certify said award and pay this amount.

IT IS SO ORDERED this 10th day of February 2021.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE